**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------X
CAROLYN ST. CLAIR-HIBBARD,
                                                    Plaintiff,

                    -against-

AMERICAN FINANCE TRUST, INC. et al.,
                                                    Defendants.
-----------------------------------------------------------X

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED:  9/23/19
```

18 **CIVIL** 1148 (LGS)(KNF)

## **JUDGMENT**

It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons

stated in the Court's Opinion and Order dated September 23, 2019, Defendants' motions to dismiss

are granted; accordingly, the case is closed.

**Dated:**  New York, New York
          September 23, 2019

                                        **RUBY J. KRAJICK**

                                        **Clerk of Court**

                    **BY:**

                                        **Deputy Clerk**