# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF NEW YORK

CAROLYN ST. CLAIR-HIBBARD,

                    Plaintiff,

(List the full name(s) of the plaintiff(s)/petitioner(s).)

               -against-

AMERICAN FINANCE TRUST, INC., et al.,

                    Defendants

(List the full name(s) of the defendant(s)/respondent(s).)

__18__ CV __1148__ ( LGS )( KNF )

**NOTICE OF APPEAL**

Notice is hereby given that the following parties: Carolyn St. Clair-Hibbard

(list the names of all parties who are filing an appeal)

in the above-named case appeal to the United States Court of Appeals for the Second Circuit

from the  ☒ judgment  ☒ order  entered on: September 23, 2019

(date that judgment or order was entered on docket)

that:

Defendants' motions to dismiss were granted pursuant to Fed. R. Civ. P. 12(b)(6).

(If the appeal is from an order, provide a brief description above of the decision in the order.)

September 23, 2019
Dated

[Signature]
Signature*

Squitieri, Olimpio, Lee
Name (Last, First, MI)

Squitieri & Fearon, LLP

32 East 57th Street, 12th Floor, New York, NY 10022
Address     City     State     Zip Code

(212) 421-6492
Telephone Number

lee@sfclasslaw.com
E-mail Address (if available)

---

*Each party filing the appeal must date and sign the Notice of Appeal and provide his or her mailing address and telephone number, EXCEPT that a signer of a pro se notice of appeal may sign for his or her spouse and minor children if they are parties to the case. Fed. R. App. P. 3(c)(2). Attach additional sheets of paper as necessary.

Rev. 12/23/13